# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SAVANNAH LICENSING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>    Defendant. | Civil Action No.: 6:22-cv-00710-ADA<br><br>TRIAL BY JURY DEMANDED |

## AGREED NOTICE TO
## EXTEND TIME TO ANSWER OR RESPOND TO THE COMPLAINT

COMES NOW Plaintiff Savannah Licensing, LLC, by and through its counsel, and hereby gives Notice to the Court pursuant to the Standing Order Regarding Joint or Unopposed Request to Change Deadlines, to extend the time for Defendant Ross Stores, Inc. ("Defendant") to answer or otherwise respond to the complaint in this action to and including November 11, 2022. The requested extension is to allow the parties to discuss settlement and will not prejudice any party.

Plaintiff's counsel has conferred with Defendant's counsel and Defendant consents to the notice. Accordingly, Plaintiff gives notice that, by agreement, the deadline for Defendant to answer or otherwise respond to the complaint is extended to November 11, 2022.

Dated: August 16, 2022

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, TX 78701
Tel/Fax: 512-865-7950

2

Together with:

CHONG LAW FIRM PA
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF